Della Fisher, plaintiff in error, v. Guy A. Richardson et al., trading as Chicago Surface Lines, defendants in error. Gen. No. 37,953.

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

Philip Rosenthal, for plaintiff in error; Stuart B. Krohn, of counsel. Frank L. Kriete, Charles C. Cunningham and Arthur J. Donovan, for defendants in error; John R. Guilliams, of counsel.

Mr. Justice Matchett delivered the opinion of the court.